UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:

BANK OF NEW YORK MELLON CORP.
FOREIGN EXCHANGE TRANSACTIONS
LITIGATION

This Document Relates to: All Cases
------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

-against-

BANK OF NEW YORK MELLON

        Defendant.
------------------------------------x

12 MD 2335 (LAK)

11 Civ. 6969 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04.23.2012

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

      The parties shall file status reports with the Court by Monday, May 7, 2012, via electronic filing. To the extent possible, the parties shall work together to submit jointly any such reports.

      The Court has scheduled a status conference with all parties to this Multidistrict Litigation, and its related civil action, for Wednesday, May 23, 2012, at 11.00 a.m., in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Manhattan, New York.

      SO ORDERED.

Dated: April 23, 2012

                                            _____
                                              Lewis A. Kaplan
                                           United States District Judge