UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 11 Civ. 06969 (LAK) |
| v. | ) ECF Case |
| THE BANK OF NEW YORK MELLON, | ) |
| Defendant. | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/12

### NOTICE OF MOTION BY THE BANK OF NEW YORK MELLON TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that Defendant The Bank of New York Mellon, upon the accompanying Memorandum of Law in Support of Defendant The Bank of New York Mellon's Motion to Dismiss the Amended Complaint and the exhibits attached thereto, will move, by and through its undersigned attorneys, before the Honorable Lewis A. Kaplan, United States District Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007, on such date and time as the Court will determine, for an Order under Federal Rule of Civil Procedure 12(b)(6) dismissing all claims asserted in the Amended Complaint.

*Denied as moot given filing of Second Amended Complaint*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

7/30/12