UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                                           :
                                                                    :   ECF Case
      Plaintiff,                                             :
                                                                    :
      - v. -                                                 :   11 Civ. 6969 (LAK)
                                                                    :
THE BANK OF NEW YORK MELLON and                                     :
DAVID NICHOLS,                                                      :
                                                                    :
      Defendants.                                            :
                                                                    :
------------------------------------------------------------------- x

### NOTICE OF MOTION BY DEFENDANT DAVID NICHOLS TO DISMISS THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that Defendant David Nichols, upon the accompanying Memorandum of Law in Support of Defendant David Nichols' Motion to Dismiss and the exhibits attached thereto, will move, by and through its undersigned attorneys, before the Honorable Lewis A. Kaplan, United States District Court Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York 10007, on such date and time as the Court will determine, for an Order under Federal Rules of Civil Procedure 9(b) and 12(b)(6) dismissing all claims asserted against David Nichols in the Second Amended Complaint.

Dated: New York, New York　　　　Respectfully submitted,
　　　　　August 6, 2012
　　　　　　　　　　　　　　　　　SHEARMAN & STERLING LLP


　　　　　　　　　　　　　　　　　By:　  /s/ Stephen Fishbein
　　　　　　　　　　　　　　　　　　　　Stephen Fishbein
　　　　　　　　　　　　　　　　　　　　Daniel H.R. Laguardia

　　　　　　　　　　　　　　　　　599 Lexington Avenue
　　　　　　　　　　　　　　　　　New York, New York  10022
　　　　　　　　　　　　　　　　　Telephone:  212-848-4000
　　　　　　　　　　　　　　　　　Facsimile:  646-848-7179
　　　　　　　　　　　　　　　　　E-Mail:  sfishbein@shearman.com
　　　　　　　　　　　　　　　　　E-Mail:  daniel.laguardia@shearman.com

　　　　　　　　　　　　　　　　　*Attorneys for Defendant David Nichols*