USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    Plaintiff,

    - v. -

THE BANK OF NEW YORK MELLON and
DAVID NICHOLS,

    Defendants.

------------------------------------- x

ECF Case

11 Civ. 6969 (LAK)

**SCHEDULING ORDER**

IT IS HEREBY ORDERED THAT:

1. Plaintiff's opposition to defendants' motions to dismiss the Second Amended Complaint shall be filed on or before October 5, 2012; and

2. Defendants' replies shall be filed on or before October 26, 2012.

SO ORDERED:

Dated: September 12, 2012

_____
HON. LEWIS A. KAPLAN
UNITED SATES DISTRICT JUDGE