# EXHIBIT 1

## Chaudhury, Arastu K. (USANYS)

| | |
|---|---|
| **From:** | Beynon, Rebecca A. <rbeynon@khhte.com> |
| **Sent:** | Saturday, November 01, 2014 12:13 PM |
| **To:** | EXTERNAL FX MDL-USAO; SERVICE EXTERNAL NYAG FX; SERVICE EXTERNAL FX MDL |
| **Subject:** | BNYM FX Litigations |

Dear Counsel:

We write to notify you that defendants intend depose the following nonparties, in addition to these nonparties we have previously identified, to the extent that such depositions are consistent with any forthcoming rulings from the Court regarding nonparty deposition discovery.  We will be in touch with you regarding scheduling of these depositions shortly.  In addition, we have separately serving deposition notices pursuant to Rule 30(b)(6) on certain of the plaintiffs.

- CAPIS
- Eagle Global
- Florida SBA
- McKinley Capital
- Mercer
- Owens Corning Merged Retirement Plan
- Eastman Kodak Employees' Savings and Investment Plan
- Verizon retirement plan-related entities (Verizon Savings and Security Plan for Mid-Atlantic Associates, Verizon Master Savings Trust, etc.)
- Central States, Southeast and Southwest Areas Pension Plan
- Russell
- Stone Harbor
- Thornburg
- Wells Fargo
- Brandywine
- Grant Wilson
- Wilshire
- Institutional Investor LLC (half-day deposition)
- Global Finance Media Inc. (half-day deposition)
- The Financial Times Ltd. (half-day deposition)
- Pearson plc (half-day deposition)
- Russell Publishing Limited (half-day deposition)
- Euromoney plc (half-day deposition)
- Dow Jones & Company, Inc. (half-day deposition)

Best regards,

Rebecca


==========================================
Rebecca A. Beynon
Kellogg, Huber, Hansen, Todd,
 Evans & Figel P.L.L.C.
Sumner Square
1615 M Street, N.W.
Suite 400

Washington, D.C. 20036
Telephone: (202) 326-7934
E-mail: rbeynon@khhte.com

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.