KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

───────

(202) 326-7900

FACSIMILE:
(202) 326-7999

November 6, 2014

**CONTAINS CONFIDENTIAL INFORMATION – FILED UNDER SEAL**

*Via ECF and Hand Delivery*

Hon. Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:   *In re BNYM Corp. Foreign Exchange Transactions Litigation*, No. 12 MD 2335; *United States v. BNYM*, No. 11 CV 6969

Dear Judge Kaplan:

      The Bank of New York Mellon ("BNYM") and David Nichols (collectively, "Defendants") hereby respond to the Court's November 5, 2014 order. Attachment A to this letter is Defendants' proffer of relevance for each of the 22 depositions mentioned in Plaintiffs' November 3, 2014 letter (USAO Dkt. No. 131), limited to one brief paragraph per deposition.

      We thank the Court for the opportunity to make this submission.

Respectfully submitted,

_/s/ Reid M. Figel_                               _/s/ Stephen Fishbein_

Reid M. Figel                                   Stephen Fishbein
Kellogg, Huber, Hansen, Todd,          Shearman & Sterling LLP
  Evans & Figel, P.L.L.C.                599 Lexington Avenue
1615 M Street, NW, Suite 400           New York, NY 10022
Washington, DC 20036                    Tel.: (212) 848-4000
Telephone: (202) 326-7900

*Counsel for The Bank of New York Mellon*      *Counsel for David Nichols*

Enclosure