UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

BANK OF NEW YORK MELLON CORP.
FOREX TRANSACTIONS LITIGATION

12 MD 2335 (LAK)

This Document Relates to:  All Cases
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

               Plaintiff

    v.

11 Civ. 06969 (LAK)

THE BANK OF NEW YORK MELLON and
DAVID NICHOLS,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       In the future, all parties in this case shall file all documents that contain information that is confidential or highly confidential, including exhibits, on the public docket, with appropriate redactions if necessary.  Where redacted documents are filed publicly, unredacted copies shall be filed under seal and provided to chambers.  If and to the extent this order conflicts with the Protective Order in this case [DI 104], this order shall supersede the Protective Order.

       SO ORDERED.

Dated:    November 10, 2014

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge